**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br>v.<br>KRISTI MCLEAN, *et al*.,<br>Defendants. | Case No. 3:26-cv-00307-SLG |

## **ORDER ON JUDGE GLEASON'S CHAMBERS COPIES**

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. The following filing is longer than 50 pages, and counsel is to provide the Court with a chambers copy as soon as possible:

- Civil Rights Complaint and Jury Demand at Docket 1.

Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.
- Exhibits/Attachments must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED this17th day of September 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE