**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JOHN DOE,

Plaintiff,

v.

KRISTI MCLEAN, *et al.*,

Defendants.

Case No. 3:26-cv-00307-SLG

## ORDER ON TWO PENDING MOTIONS

Before the Court are two pending motions: At Docket 5 is Plaintiff John Doe's Motion to Proceed Under Pseudonym and at Docket 6 is Plaintiff's Motion to File Declaration of John Doe Under Seal.

Good cause being shown, IT IS ORDERED that the motions are each GRANTED, without prejudice to any Defendant seeking reconsideration of this order within 7 days of the date of this order or that Defendant's appearance in this action, whichever is later. *See* Local Civil Rule 7.3(h).

IT IS SO ORDERED this 29th day of September 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE